# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5301**                                  **September Term, 2006**

                                                 06ms00418

                                        Filed On:

Jibril L. Ibrahim,
    Petitioner

v.

United States of America,
    Respondent



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   FEB - 8 2007

CLERK

**ORDER**

    By order filed December 26, 2006, petitioner was directed to either pay the $450.00 docketing fee or file a motion for leave to proceed in forma pauperis with this court, by January 25, 2007. To date, petitioner has not complied with the court's December 26, 2006 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:                    Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: Deputy Clerk